| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner, (SBN 172379)<br>Tyson M. Takeuchi (SBN 177419)<br>Law Offices of Tyson M. Takeuchi<br>1100 Wilshire Blvd., Ste. 2606<br>Los Angeles, CA  90017<br>Tel: (213) 637-1566<br>Fax: (888) 977-6310<br>Email: tyson@tysonfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Silvia P. Martinez | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Silvia P. Martinez,<br>aka Silvia P. Hercules,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:16-bk-19596-VZ<br>CHAPTER 13<br><br>**MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |
|---|---|

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply)*:
    ☒ Cure the delinquency.
    ☐ Address the expiration of the plan.
    ☐ Cure the infeasibility of the plan.
    ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 Plan:
    The Order Confirming Plan was entered on __05/08/2017__.
    Plan payment amount(s): $ __884.00__ per month.
    Length of plan: __63__ months.
    Percentage paid to Class 5 general unsecured creditors: __100.000__ %.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1                      F 3015-1.05.MOTION.MODIFY.SUSPEND

4. There have been __1__ previous modification or suspension orders.
   Plan payments have been suspended for __3__ months and/or the plan has been extended for __3__ months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s):$ __884.00__ per month.
   Length of plan: __63__ months.
   Percentage paid to Class 5 general unsecured creditors: __100.00__%.

6. Proposed modification:
   ☒ Suspend *(indicate number of plan payments)* __7__ plan payments.
   ☒ Extend the term by *(indicate number of months)* __21__ month(s).
   ☐ Reduce the term by *(indicate number of months)* ____ month(s).
   ☒ Increase the plan payment from $ __200.00__ to $ __469.00__
      from (date) __05/19/2021__ to (date) __07/19/2023__.

   ☒ Reduce the plan payment from $ __884.00__ to $ __200.00__
      from (date) __1/19/2021__ to (date) __4/19/2021__.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:

   Debtor is a school bus driver and due to Covid19 pandemic, she was was laid off about April 1, 2020 and is presently receiving $405 week unemployment. Debtor is seeking emploment and hopes to rent room(s) in her home.

   Debtor request a suspension of her plan payments for seven (7) month period and the extension of her plan by twenty one (21) months to 84 months total length.

   ***File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.***

8. If this motion is granted, the last plan payment due would be payable __84__ months after the first plan payment was due.

9. If this motion is granted:

   a. ☒ There will be no change in the percentage paid to Class 5 general unsecured creditors,

   OR

   b. ☐ The percentage paid to Class 5 general unsecured creditors will change from _____% to _____%.

Date: 12/21/2020

_____
Attorney for Debtor (signed: Scott Kosmitz)

I declare under penalty of perjury that the following is true and correct.

Date: 12/21/2020

x_____
Debtor

Date: _____

_____
Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012      Page 2      F 3015-1.05.MOTION.MODIFY.SUSPEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1055 Wilshire Boulevard, Suite 850, Los Angeles, California 90017.

A true and correct copy of the foregoing document entitled: **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 12/22/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 Nancy K. Curry (TR):TrusteeECFMAIL@gmail.com
 United States Trustee (LA): ustpregion16.la.ecfusdoj.gov
 Scott Kosner (Debtor's Atty): Tyson@tysonfirm.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) 12/22/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 See attached Service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 12/22/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

 Honorable Vincent P. Zurzolo, United States Bankruptcy Court, 255 E. Temple St., Ste. 1360, Los Angeles, CA 90012.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/22/2020 | Armen Galstian | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                    F 3015-1.05.MOTION.MODIFY.SUSPEND

## 2. SERVED BY UNITED STATES MAIL:

SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)(CONTINUED):

Sumit Bode (Cr-MTGLQ Investors, LP)
sumit.bode@americaninfosource.com

Lemuel Bryant Jaquez (CR-US Bank, NA):
bknotifications@ghidottiberger.com,
gbadmin@ecfcourtdrive.com

Erin M. McCartney (CR-MTGLQ Investors, LP):
bankruptcy@zbslaw.com,
emccartney@ecf.courtdrive.com

Jigna Ankit Shilpi (CR-MTGLQ Investors LP): jigna.shilpi@american infosource.com, jigna.shilpi@american infosource.com

Stephanie St. Martin (Cr-MTGLQ Investors,LP)
Stepanie.stmartin-ancik@shellpointmtg.com, mtgbk@shellpointmtg.com

Kathy Watson (Int Pty):
NEFBKNotices@snservicing.com,
BKNotices@snservicing.com

Kristin A. Zilberstein (Int Pty):
Kris.Zilberstein@Padgettlawgroup.com,
BKecf@padgettlawgroup.com; Kris Zilberstein@ecf.courtdrive.com

SERVED VIA USPS 1ST CLASS MAIL:

Bank of America, NA
PO Box 31785
Tampa, FL 33631

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

LVNV Funding, LLC
c/o Resurgent Capital Svcs
PO Box 10587
Greenville, SC 29603

US Bank Trust, NA
c/o SN Servicing Corp
323 5th Street
Eureka, CA 95501

Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des MOnines, IA 50306

4

# DECLARATION

**DECLARATION**

## DECLARATION OF SILVIA P. MARTINEZ

I, Silvia Martinez, declare and state as follows:

1. I am the debtor in chapter 13 bankruptcy case number 2:16-bk-19596-VZ. I am over the age of eighteen years, and if called upon to testify, I could and would do so competently. I have personal knowledge of the facts set forth herein, and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically state.

I filed this chapter 13 bankruptcy case on July 20, 2016 and my chapter 13 plan was confirmed by the court on May 8, 2017.

2. Presently, my chapter 13 plan requires payments of $884 per month for a total of 63 months. Said payments are due on the 19th of each month.

3. Approximately, April, 2020 the Chapter 13 Trustee and my attorney entered into a stipulation which suspended Three (3) plan payments due April through June 2020 and extended the plan length from 60 to 63 months.

4. I was employed full-time as a school bus driver for Tumbleweed Transportation but due to the Covid-19 Pandemic was laid off in on March 12, 2020.

5. I am presently receiving $405 per week in California unemployment benefits which averages out to $1,753.00 per month.

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

5

DECLARATION

6.    In November, 2020, I applied for child support for my 13 year old daughter from Child Support Services. I am expecting approximately $350 per month in support from my ex-husband.

7.    My daughter gets 2 meals per day from her school and I utilize food banks, hence, the reason for low my food budget.

8.    I have filed a Declaration Re Postpetition Income and Expenses contemporaneously with my motion to modify my chapter 13 plan.

9.    Due to the pandemic, I am seeking new employment. I am also contemplating renting out a room or rooms from my home to make ends meet.

10.    I request that the Court suspend the seven (7) plan payments I am currently delinquent and allow payments of $200 per month for the period January 19, 2020 to April 19, 2021. I request this payment amount because I require time to get my finances stabilized. Beginning on May 19, 2021 I will begin making monthly payments of $469.00, the last payment which will come due on July 19, 2023 for a total plan length of 84 months.

11.    Based on the foregoing, I respectfully request that the Court grant my motion to modify my chapter 13 plan so that I may keep my home in which I and my family live.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

///

///

///

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

6

DECLARATION

1

2       Executed this 21st Day of December, 2020, at Los Angeles,

3 California.

4

5

6                                 Silvia P. Martinez, Declarant

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

7

DECLARATION