| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner, (SBN 172379)<br>Tyson M. Takeuchi (SBN 177419)<br>Law Offices of Tyson M. Takeuchi<br>1100 Wilshire Blvd., Ste. 2606<br>Los Angeles, CA  90017<br>Tel: (213) 637-1566<br>Fax: (888) 977-6310<br>Email: tyson@tysonfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Silvia P. Martinez | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Silvia P. Martinez,<br>aka Silvia P. Hercules,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:16-bk-19596-VZ<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** |
| | [No hearing required unless requested under LBR 3015-1(w)] |

1. NOTICE IS GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion.  The motion is based upon the grounds set forth in the motion.  The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2. **Deadline for Opposition Papers and Request for a Hearing:** Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion.  If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date: 12/21/2020

_____Scott Kosner_____
Signature of Debtor or attorney for Debtor

Scott Kosner, Esq.
Printed name of Debtor or attorney for Debtor

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 1     **F 3015-1.05.NOTICE.MODIFY.SUSPEND**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 Wilshire Blvd., Ste. 850, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/22/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Nancy K. Curry (TR):TrusteeECFMAIL@gmail.com
United States Trustee (LA): ustpregion16.la.ecfusdoj.gov
Scott Kosner (Debtor's Atty): Tyson@tysonfirm.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 12/22/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
See attached service list.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/22/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Vincent P. Zurzolo, United States Bankruptcy Court, 255 E. Temple St., Ste. 1360, Los Angeles, CA 90012.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/22/2020 | Armen Galstian | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    F 3015-1.05.NOTICE.MODIFY.SUSPEND

## 2. SERVED BY UNITED STATES MAIL:

| SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)(CONTINUED): | SERVED VIA USPS 1ST CLASS MAIL: |
|---|---|
| Sumit Bode (Cr-MTGLQ Investors, LP) sumit.bode@americaninfosource.com | Bank of America, NA<br>PO Box 31785<br>Tampa, FL 33631 |
| Lemuel Bryant Jaquez (CR-US Bank, NA):<br>bknotifications@ghidottiberger.com, gbadmin@ecfcourtdrive.com | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Erin M. McCartney (CR-MTGLQ Investors, LP):<br>bankruptcy@zbslaw.com,<br>emccartney@ecf.courtdrive.com | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| Jigna Ankit Shilpi (CR-MTGLQ Investors LP): jigna.shilpi@american infosource.com, jigna.shilpi@american infosource.com | LVNV Funding, LLC<br>c/o Resurgent Capital Svcs<br>PO Box 10587<br>Greenville, SC 29603 |
| Stephanie St. Martin (Cr-MTGLQ Investors,LP)<br>Stepanie.stmartin-ancik@shellpointmtg .com, mtgbk@shellpointmtg.com | US Bank Trust, NA<br>c/o SN Servicing Corp<br>323 5th Street<br>Eureka, CA 95501 |
| Kathy Watson (Int Pty):<br>NEFBKNotices@snservicing.com, BKNotices@snservicing.com | Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des MOnines, IA 50306 |
| Kristin A. Zilberstein (Int Pty):<br>Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com; Kris Zilberstein@ecf.courtdrive.com | |